UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-mj-04090-McAliley

UNITED STATES OF AMERICA

vs.

DIOGENES ARIAS, and
KAISI PRESINAL,

      Defendants.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)? __ Yes _X_ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? __ Yes _X_ No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? __ Yes _X_ No

                                            Respectfully submitted,
                                            JUAN ANTONIO GONZALEZ
                                            UNITED STATES ATTORNEY

By: _____
      RICHARD E. GETCHELL
      Assistant United States Attorney
      FLA. BAR NO. 817643
      11200 N.W. 20th Street
      Miami, Florida 33172
      (305) 715-7647
      (786) 564-9126 (cell)
      richard.getchell@usdoj.gov

# UNITED STATES DISTRICT COURT
### for the
### SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>DIOGENES ARIAS, and<br>KAISI PRESINAL,<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  21-mj-04090-McAliley<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

Beginning on an unknown date and continuing through on or about ___October 12, 2021___, upon the high seas and elsewhere outside the jurisdiction any particular State or district, while on board a vessel subject to the jurisdiction of the United States, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 46, United States Code, Section 70506(b) | Conspiracy to possess with intent to distribute 5 kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the United States, in violation of 46 U.S.C. § 70503; all in violation of 46 U.S.C. § 70506(b). |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

DEA S/A ALEC M. SANCHEZ
*Printed name and title*

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by Face Time.

Date: October 25, 2021

*Judge's signature*

City and state:  Miami, Florida    Chris M. McAliley, United States Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, Alec M. Sanchez, being duly sworn, hereby depose and state as follows:

1. I am employed as a Drug Enforcement Administration (DEA) Special Agent since 2018. As such, I am an investigative or law enforcement officer within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Titles 18, 21 and 46 of the United States Code.  I am currently assigned to the DEA's Miami Field Division in Miami, Florida and have personally conducted and participated in numerous investigations resulting in the arrest and prosecution of various individuals for federal narcotics violations. Based on my training and experience as a Special Agent with the DEA, I am familiar with the manner in which narcotics traffickers and narcotics trafficking organizations operate, including maritime drug traffickers. I am also knowledgeable about federal criminal statutes, particularly narcotics statutes.

2. The facts set forth in this Affidavit are based on my personal knowledge as well as information obtained from others. This Affidavit is submitted for the limited purpose of establishing probable cause in support of a Criminal Complaint against **Diogenes ARIAS and Kaisi PRESINAL** for knowingly and willfully conspiring to possess with intent to distribute five kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Section 70506(b).

3. On or about October 12, 2021, a U.S. Maritime Patrol Aircraft located a go-fast vessel (GFV) dead in the water approximately 69 nautical miles south of Isla Beta, Dominican Republic in international waters and upon the high seas. The GFV had two individuals on board, no indicia of nationality, two outboard motors, and visible packages/fuel drums on deck. The USS SIOUX

1

CITY, which was in the area, was diverted to investigate. Once in the vicinity, USS SIOUX CITY launched their small boat with U.S. Law Enforcement Detachment 102 boarding team. Upon arrival at the scene of the GFV, the boarding team found two individuals on board who were later identified as **Diogenes ARIAS and Kaisi PRESINAL**. A master of the GFV was identified, but made no claim of nationality for the vessel. Based on the master's response, the GFV was treated as a vessel without nationality, therefore, subject to the jurisdiction of the United States. A full law enforcement boarding followed.

4. The boarding team recovered a total of twelve (12) bales and ten (10) loose kilogram packages with a total at sea weight of approximately 370 kilograms of suspected cocaine. Field tests were conducted on the contraband which yielded positive result for cocaine. Both individuals, along with the suspected cocaine, were transferred to the USS SIOUX CITY.

5. Based on the foregoing facts, I submit that probable cause exists to charge **Diogenes ARIAS and Kaisi PRESINAL** with knowingly and willfully conspiring to possess with intent to distribute five kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Section 70506(b).

**FURTHER AFFIANT SAYETH NAUGHT.**

_____
SPECIAL AGENT ALEC SANCHEZ
DRUG ENFORCEMENT ADMINISTRATION

Attested to by the applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by Face Time this __25th__ day of October 2021.

_____
CHRIS M. MCALILEY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF FLORIDA